In the Matter of the Petition of ELIZABETH LEARY, as Administratrix, etc., of WILLIAM JOHNSON, Deceased, Appellant, v. THE VILLAGE OF ARDSLEY, Respondent.— Order of the county judge of Westchester county affirmed, without costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ, concurred.

In the Matter of the Application of THOMAS FRANCIS MURPHY, Respondent, for a Peremptory Writ of Mandamus against WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.

In the Matter of the Petition of the NEW ENGLAND NATIONAL BANK, Respondent, to Have an Attorney's Lien Determined and Enforced against the Estate of HARRY RANKIN, Deceased. EDWARD KELLOGG BAIRD, Appellant.— Decree of the Surrogate's Court of Orange county affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.

J. P. DUFFY COMPANY, Respondent, v. BOYD REALTY COMPANY and HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellants, and Another, Defendant.— Judgment in so far as appealed from affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ., concurred.

GIUSEPPE LAZZARETTI, Appellant, v. SAVINA LAZZARETTI, Respondent.— Order affirmed, without costs. No opinion. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

DANIEL J. MOONEY, Respondent, v. LOUIS H. PERLMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.

JOHANNA MILLER MOOSMAN, as Administratrix, etc., of JACOB HENRY MOOSMAN, Deceased, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.

NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant, v. WILLIAM C. GOTSHALL, Respondent.— Judgment modified by striking out " upon the merits," and as so modified affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred.